UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-80068-CIV-MIDDLEBROOKS/JOHNSON

GEORGE MAY,

    Plaintiff,

v.

STATE OF FLORIDA, et al,

    Defendants.

_____/

**CLOSED CIVIL CASE**

## ORDER

THIS CAUSE came before the Court *sua sponte*.

On December 7, 2007, *pro se* Plaintiff George May of Palm Beach Gardens, Florida, filed the above-captioned cause in the District Court for the District of Columbia seeking damages and injunctive relief from the State of Florida, citing violations of the First, Fourth, Fifth, and Fourteenth Amendments of the U.S. Constitution and 42 U.S.C. § 1983. On January 24, 2008, United States District Judge Rosemary M. Collyer transferred the case to the Southern District of Florida, stating that the District of Columbia was the improper venue.

George May's extensive history of baseless and vexatious litigation in this District has caused this Court to permanently enjoin May from the filing of any lawsuit in the Southern District of Florida without complying with pre-suit requirements imposed by the Court.

In *May v. Shell Oil Co.*, 2000 WL 1276943 (S.D.Fla. 2000) (Jordan, J.), the Court enjoined May from filing further lawsuits without first posting a $1,500 contempt bond. The Court also required May to file a copy of the Court's order with any complaint he files in federal

1

district court.

In *May v. Hatter, et al.*, 2001 WL 579782 at *5-6 (S.D.Fla. 2001) (Moore, J.), the Court enjoined May from filing additional lawsuits without first obtaining leave of Court. The Court imposed specific procedures for obtaining such leave:

> Leave of court to serve and file SHALL be in the form of an application filed with the Clerk of Court. This application shall be captioned "Application Pursuant to Court Order Seeking Leave to File" and it shall consist of the following:
>
> a) A copy of the proposed complaint;
>
> b) An explanation of the merits of the case, including an explicit discussion of why the proposed filing does not violate the Court's August 30, 2000 Order enjoining further frivolous, baseless or repetitive lawsuits;
>
> c) A copy of Judge Jordan's August 30, 2000 Order;
>
> d) A copy of this Order;
>
> e) A current list of all state and federal lawsuits in the Southern District of Florida, any district in the United States, or any state court in any State of the United States in which George May has (i) ever been a party, (ii) is currently a party, or (iii) has been or is at the time of the application represented in any capacity;
>
> f) The list set forth in part e) above shall also include a copy of the facing page of each of these lawsuits and state the final disposition, if any, of each suit; and
>
> g) An affirmation signed by all named or proposed plaintiffs stating that the filing complies with all requirements of Federal Rule of Civil Procedure 11.

*Id.* Judge Moore held that "failure to comply with the terms of this Order will be sufficient grounds to deny any application by George May for leave to file." *Id.* at *6.

In *May v. Maass*, NO. 05-80116 (S.D. Fla. Feb. 14, 2005)(Dimitrouleas, J.), the Court noted that many of Plaintiff's cases are removed from state court or are transferred to this District

from other federal district courts. However, he explained that the fact that Plaintiff files his suits elsewhere does not excuse Plaintiff from compliance with these pre-suit requirements.

After a review of the record, it appears that Plaintiff has failed to comply with any of the pre-suit requirements instituted by this Court. Failure to abide by the pre-suit requirements is grounds for dismissal of the Complaint. *See May v. Bradshaw et al.*, No. 05-81071 (S.D. Fla. Dec. 9, 2005)(Middlebrooks, J.).

Accordingly, it is hereby

ORDERED AND ADJUDGED that this case is DISMISSED for failure to comply with Court-ordered pre-suit requirements. The Clerk of Court shall CLOSE this case. All pending motions are DENIED AS MOOT.[1]

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 28 day of July, 2008

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   George May, *pro se*
P.O. Box 32247
Palm Beach Gardens, FL 33420

All counsel of record

Judge Rosemary Collyer, United States District Court, District of Columbia

---

[1] This includes Plaintiff's Motion for Default (DE 7).